1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JON HUMES,                              No.  2:18-cv-0725 AC P

12                  Plaintiff,

13         v.                                ORDER

14   SACRAMENTO COUNTY SUPERIOR
     COURT,
15
                   Defendant.
16

17

18         Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42

19   U.S.C. § 1983.  Plaintiff has filed two motions for a preliminary injunction requiring the

20   Sacramento County Jail to provide him with a trust account statement (ECF Nos. 5, 6) and a

21   motion for a thirty-day extension of time to file an application to proceed in forma pauperis (ECF

22   No. 7).  The court received plaintiff's application to proceed in forma pauperis, accompanied by

23   the required certified trust account statement, on April 17, 2018.  ECF No. 4.

24         Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for preliminary

25   injunction (ECF Nos. 5, 6) and motion for an extension of time (ECF No. 7) are denied as moot.

26   DATED: May 14, 2018

27   _____

     ALLISON CLAIRE
28   UNITED STATES MAGISTRATE JUDGE