UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>　　　　　Defendant. | No. 2:18-cv-0725 AC P<br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed another motion for a preliminary injunction requiring the Sacramento County Jail to provide him with a trust account statement. ECF No. 12. The court received plaintiff's application to proceed in forma pauperis, accompanied by the required certified trust account statement, on April 17, 2018. ECF No. 4.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a preliminary injunction (ECF No. 12) is denied as moot.

DATED: June 18, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE